UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

DAVID KRITZELL, CINDY KRITZELL, and A.K., by his parent and natural guardian, DAVID KRITZELL,

               Plaintiffs,

v.

HUTCHINSON INDUSTRIES, INC. and ANDY BARKER,

               Defendants.

Civil No. 3:19-cv-21242-MAS-ZNQ

---

**IT IS HEREBY STIPULATED** by and between the undersigned attorneys for the respective parties in the above entitled action that all claims and the said action are hereby dismissed with prejudice and without costs to any party as against the other pursuant to the terms of a settlement agreement therein. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: December ___, 2020

**KIAM & ABRAHAM, LLC**
*Attorneys for Plaintiffs*

By _____
    Daniel S. Abraham
88 Bartley-Flanders Road, Suite 108
Flanders, New Jersey 07836
Telephone: (973) 975-4842
E-mail: *dan@kiamlaw.com*

**HODGSON RUSS LLP**
*Attorneys for Defendants*

By _____
    Catherine Grantier Cooley
    Erin M. Teske
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone: (716) 856-4000
E-mail: *ccooley@hodgsonruss.com*
       *eteske@hodgsonruss.com*

So Ordered this 25th day of January, 2021.

_____
**Honorable Michael A. Shipp, U.S.D.J.**

056587.00016 Litigation 15710989v1